JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jose Antonio Gibaja Luna,

Plaintiff,

v.

Ur Mendoza Jaddou, Director,
U.S. Citizenship and Immigration
Services, *et al.*,

Defendants.

Case No. 2:22-cv-07114-SB-AGR

**ORDER DISMISSING WITHOUT
PREJUDICE**

Having reviewed the parties' Joint Stipulation of Dismissal Without Prejudice,

Dkt. No. 37, it is hereby ordered that the stipulation is GRANTED and this case is

dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  April 3, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1